**FILED**

04/10/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0021

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0021

_____

IN THE MATTER OF THE GUARDIANSHIP
AND CONSERVATORSHIP OF A.M.M.,

Incapacitated Person.

O R D E R

_____

Upon consideration of Appellant's motion for an extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including May 15, 2020, within which to file Appellant's opening brief on appeal.

No further extensions will be granted.

DATED this 10 day of April, 2020.

For the Court,

By _____

Chief Justice

**FILED**

APR 1 0 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana